Obbie L. **GOODS**, Plaintiff—Appellant,

v.

Gwen **HAIRSTON**; **B.J. Barnes**, Sheriff; **C.J. Williamson**, Division Commander, Defendants—Appellees.

No. 07–7571.

United States Court of Appeals, Fourth Circuit.

Submitted: June 9, 2008.

Decided: Oct. 9, 2008.

Obbie L. Goods, Appellant Pro Se. Steven Price Weaver, Richard David Yeoman, Brotherton, Ford, Yeoman & Berry, PLLC, Greensboro, NC; Susan D. Moore, County Attorney's Office, Greensboro, NC, for Appellees.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Obbie L. Goods appeals the district court's orders adopting reports and recommendations of the magistrate judge and denying relief on Goods' 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Goods v. Hairston*, No. 1:01–cv–00026–NCT (M.D.N.C. Oct. 21, 2002 & Sept. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*